# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) | 3:09-md-02100-DRH-PMF MDL No. 2100 |

_____

**This Document Relates to:**

| | |
|---|---|
| Rhonda Adair v. Bayer Corp., et al. | No. 3:10-cv-10733-DRH-PMF |
| Isabel Arenas v. Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-11599-DRH-PMF |
| Kimberly Arnold v. Bayer Corp., et al. | No. 3:10-cv-11543-DRH-PMF |
| Julie Bellgowan v. Bayer Corp., et al. | No. 3:10-cv-10836-DRH-PMF |
| Taylor Brewer v. Bayer Corp., et al. | No. 3:10-cv-10880-DRH-PMF |
| Jessica Brown v. Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-11164-DRH-PMF |
| Samantha Brunatti v. Bayer Corp., et al. | No. 3:10-cv-10879-DRH-PMF |
| Stormy Burks v. Bayer Corp., et al. | No. 3:10-cv-12640-DRH-PMF |
| Margie Busch v. Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-10857-DRH-PMF |
| Heather Calderwood v. Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-11776-DRH-PMF |
| Jasmine Conner v. Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-11772-DRH-PMF |
| Brooke Croneberger v. Bayer HealthCare Pharmaceuticals, Inc., et al. | No. 3:10-cv-11771-DRH-PMF |
| Deborah Flemings v. Bayer Corp., et al. | No. 3:10-cv-11377-DRH-PMF |

| | |
|---|---|
| **Falan Fudge v. Bayer Corp., et al.** | **No. 3:10-cv-10996-DRH-PMF** |
| **Bertha Grace v. Bayer Corp., et al.** | **No. 3:10-cv-11434-DRH-PMF** |
| **Jasmine Grindstaff v. Bayer Corp., et al.** | **No. 3:10-cv-11700-DRH-PMF** |
| **Jamie Homan v. Bayer HealthCare Pharmaceuticals, Inc., et al.** | **No. 3:10-cv-11673-DRH-PMF** |
| **Angelina Jackson v. Bayer Corp., et al.** | **No. 3:10-cv-11383-DRH-PMF** |
| **Jamila Jones v. Bayer Corp., et al.** | **No. 3:10-cv-11551-DRH-PMF** |
| **Jennifer Johnson v. Bayer HealthCare Pharmaceuticals, Inc., et al.** | **No. 3:09-cv-20161-DRH-PMF** |
| **Kelsey Lagerstrom v. Bayer Corp., et al.** | **No. 3:10-cv-12627-DRH-PMF** |
| **Christine Lagesse v. Bayer Corp., et al.** | **No. 3:10-cv-12788-DRH-PMF** |
| **Myrna Nunez v. Bayer HealthCare Pharmaceuticals, Inc., et al.** | **No. 3:10-cv-12068-DRH-PMF** |
| **Julie Pace v. Bayer Corp., et al.** | **No. 3:10-cv-11421-DRH-PMF** |
| **Michelle Ray v. Bayer Corp., et al.** | **No. 3:10-cv-11416-DRH-PMF** |
| **Renee Richter v. Bayer Corp., et al.** | **No. 3:10-cv-10352-DRH-PMF** |
| **Ashley Robinson v. Bayer Corp., et al.** | **No. 3:10-cv-11317-DRH-PMF** |
| **Amy Sheaffer v. Bayer HealthCare Pharmaceuticals, Inc., et al.** | **No. 3:10-cv-10936-DRH-PMF** |
| **Belinda Sipes v. Bayer Corp., et al.** | **No. 3:10-cv-11362-DRH-PMF** |
| **Ruby Smith v. Bayer Corp., et al.** | **No. 3:10-cv-11364-DRH-PMF** |
| **Yvette Sylvia-Booth v. Bayer Corp., et al.** | **No. 3:10-cv-12562-DRH-PMF** |
| **Kayla Taylor v. Bayer HealthCare Pharmaceuticals, Inc., et al.** | **No. 3:10-cv-11727-DRH-PMF** |
| **Caprice White v. Bayer Corp., et al.** | **No. 3:10-cv-11385-DRH-PMF** |

Angela Wilhoite v. Bayer Corp., et al.        No. 3:10-cv-11408-DRH-PMF

Kelly Youhas v. Bayer Corp., et al.        No. 3:10-cv-11405-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting Bayer's motion to dismiss entered on June 17, 2011, the above cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                              NANCY J. ROSENSTENGEL,
                                              CLERK OF COURT


                                  **BY:**        /s/*Sandy Pannier*
                                                    **Deputy Clerk**

Dated: June 17, 2011

Digitally signed by David R. Herndon
Date: 2011.06.17 17:04:06 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**